UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK KEITH STEARNS,

              Plaintiffs,

v.

STATE OF WASHINGTON, *et al.*

              Defendants.

CASE NO. C10-5187BHS/JRC

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      The Court, having reviewed plaintiff Stearns' application to proceed in forma pauperis, does hereby find and ORDER.

      Plaintiff's application for leave to proceed in forma pauperis (Dkt. # 1) is GRANTED. Plaintiff does not appear to be in custody as a prisoner, and plaintiff does not appear to have funds available to afford the $350.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

      The Clerk is directed to mail a copy of this Order to Plaintiff.

      DATED this 24th day March, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER - 1