UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICK KEITH STEARNS,<br><br>                    Plaintiff,<br>     v.<br><br>STATE OF WASHINGTON, *et al*.,<br><br>                   Defendants. | No. 10-5187BHS/JRC<br><br>ORDER |

      This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.

      Plaintiff has submitted a letter asking for reconsideration of the order denying appointment of counsel (Dkt. # 7). The court does not conduct business by letter. If plaintiff wishes the court to take action, then he must submit motions that are properly noted, served, and filed.

      Additionally, if plaintiff had filed this correctly as a pleading, it would have been untimely. A motion for reconsideration must be filed within fourteen days of the filing of the

ORDER - 1

order.  See Local Rule 7 (h).   The order denying appointment of counsel was filed March 24, 2010, (Dkt. # 6).  The letter asking for reconsideration was not filed until April 15, 2010 -- twenty-two days later.  The motion, even if properly made, would have been untimely and will not be considered.

Finally, plaintiff has not provided service copies of the complaint.  Plaintiff was given until April 19, 2010 to provide those copies (Dkt. # 2).  A Report and Recommendation to dismiss for lack of prosecution and failure to comply with a court order will follow as a separate document.

The Clerk's Office is directed to send plaintiff a copy of this order.

DATED this 20th day of May, 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

ORDER - 2