UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICK KEITH STEARNS,

        Plaintiff,

  v.

STATE OF WASHINGTON, et al.,

        Defendants.

CASE NO. C10-5187BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 9. The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order:

(1) The Court adopts the Report and Recommendation;

(2) The Court **DISMISSES** this action for failure to prosecute pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure for failing to submit copies of the complaint to be served on Defendants; and

(3) The Court **DENIES** Plaintiff's motion to amend (Dkt. 10 ) as moot.

DATED this 2nd day of July, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER