# United States District Court

WESTERN DISTRICT OF WASHINGTON

PATRICK KEITH STEARNS

v.

STATE OF WASHINGTON, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5187BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The Court **DISMISSES** this action for failure to prosecute pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure for failure to submit copies of the complaint to be served on Defendants; and

The Court **DENIES** Plaintiff's motion to amend (Dkt. 10) as moot.

| | |
|---|---|
| July 8, 2010 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |